CHOICE HOTELS INTERNATIONAL, INCORPORATED, Plaintiff— Appellee,

v.

R. TALATI, INC., A Ohio Corporation; Pravin Talati, Defendants— Appellants.

No. 03–1313.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2004.

Decided: April 16, 2004.

Onkar N. Sharma, Sharma & Bhandari, Silver Spring, Maryland, for Appellants.

James G. Healy, Choice Hotels International, Incorporated, Silver Spring, Maryland, for Appellee.

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

R. Talati, Inc., a Ohio Corporation, and Pravin Talati appeal the district court's order confirming an arbitration award in favor of Choice Hotels International, Incorporated. We have reviewed the briefs filed by the parties and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Choice Hotels Int'l v. Talati*, No. CA–02–1486–DKC (D. Md. filed Feb. 14, 2003 & entered Feb. 19, 2003).

We dispense with oral argument because we have granted Appellants' uncontested motion to submit the case on the briefs and because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*